1 Harry I. Johnson III (SBN 200257)
*johnson.harry@arentfox.com*
2 Paul A. Rigali (SBN 262948)
*rigali.paul@arentfox.com*
3 **ARENT FOX LLP**
555 West Fifth Street, 48th Floor
4 Los Angeles, CA 90013-1065
Telephone: 213.629.7400
5 Facsimile: 213.629.7401

6 Attorneys for Defendant
DIESEL U.S.A., INC.
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIESEL U.S.A., INC., a New York corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. CV 11-00014 CRB<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER]**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor<br>Case Removed: Jan. 3, 2011 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

TECH/962463.1

STIPULATED REQUEST FOR
ORDER CHANGING TIME
CV 11-00014 CRB

Subject to the approval of the Court, plaintiff Megan Labrador, on behalf of herself and all putative class members ("Plaintiff"), and defendant Diesel U.S.A., Inc. ("Defendant"), hereby stipulate as follows:

WHEREAS, on March 8, 2011, the Court issued the "Order Setting Case Management Conference," ordering that case management conference in the above-captioned action be held on Friday, April 15, 2011, at 8:30 a.m.;

WHEREAS, counsel for the Parties are actively engaged in litigation in the matter, *Ryan Greko et al. v. Diesel U.S.A., Inc. et al.* Case No. 3:10-cv-02576-RS in the United States District Court, Northern District of California, San Francisco Division (the "Greko Action");

WHEREAS, Defendant's motion for summary judgment and plaintiff Ryan Greko's motion for class certification in the Greko Action, are scheduled to be heard on May 5, 2011;

WHEREAS, in light of the May 5, 2011 hearings in the Greko Action, the currently scheduled case management conference in the above-captioned action is inconvenient for the Parties;

WHEREAS, a three-week continuance of the case management conference will not seriously impact the schedule in the above-captioned action;

WHEREAS, counsel for Plaintiff has authorized Defendant to affix her electronic signature to this Stipulation;

THEREFORE, the Parties hereby submit this Stipulated Request for an Order Continuing the Case Management Conference to May 6, 2011, or to another date or time convenient to the Court's calendar. The Parties also request that the deadlines to meet and confer in advance of the conference and to file a joint case management statement be continued according to the

///
///
///
///
///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

STIPULATED REQUEST FOR
ORDER CHANGING TIME
CV 11-00014 CRB

date of the continued case management conference and the Court's Order Setting Case Management Conference, dated March 8, 2011.

Dated: March 17, 2011      **ARENT FOX LLP**

By: */s/ Paul A. Rigali*
    Harry I. Johnson III
    Paul A. Rigali
    Attorneys for Defendant DIESEL U.S.A., INC.

Dated: March 16, 2011      **THE LAW OFFICES OF DANIEL FEDER**

By: */s/ Claire Cochran*
    Daniel S. Feder
    Claire Cochran
    Attorneys for Plaintiff MEGAN LABRADOR

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 18, 2011      _____
                           The Hon. Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer* (United States District Court, Northern District of California seal)

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATED REQUEST FOR
ORDER CHANGING TIME
CV 11-00014 CRB

- 3 -