1  MICHAEL VON LOEWENFELDT (SBN 178665)
   E-mail: mvl@kerrwagstaffe.com
2  MICHAEL NG (SBN 237915)
   E-mail: mng@kerrwagstaffe.com
3  CHERYL MACKEY (SBN 273029)
   E-mail: mackey@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
5  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  DANIEL L. FEDER (SBN 130867)
   E-mail: danfeder@pacbell.net
8  CLAIRE E. COCHRAN (SBN 222529)
   E-mail: clairec3661@gmail.com
9  **LAW OFFICES OF DANIEL FEDER**
   332 Pine Street, Suite 700
10 Street San Francisco, CA 94104
   Telephone: (415) 391-9476
11 Fax: (415) 391-9432

12 Attorneys for Plaintiff
   MEGAN LABRADOR

14 HARRY I. JOHNSON, III (SBN 200257)
   PAUL A. RIGALI (SBN 262948)
   **ARENT FOX LLP**
15 555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
16 Telephone: (213) 629-7400
   Fax: (213) 629-7401
17 Email: Johnson.harry@arentfox.com

18 Attorneys for Defendant
   DIESEL U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIESEL U.S.A., INC., a New York Corporation<br><br>Defendant. | Case No. CV-11-0014 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Charles R. Breyer** |

1   Plaintiff Megan Labrador ("Plaintiff") and Defendant Diesel U.S.A., Inc. ("Defendant"),
2   by and through their undersigned counsel, hereby stipulate and agree as follows:
3   WHEREAS, this case was originally filed in California state court but removed to this
4   Court on January 3, 2011;
5   WHEREAS, Plaintiff has recently retained Kerr & Wagstaffe LLP to serve as co-counsel
6   for Plaintiff in this putative class action;
7   WHEREAS, Plaintiff intends to file an amended complaint, in part to address issues
8   raised by Defendant during the initial meet and confer;
9   WHEREAS, the parties are currently discussing whether Defendant will stipulate to such
10  amendment;
11  WHEREAS, if Defendant does not agree to such a stipulation, Plaintiff intends to seek
12  leave to do so by noticed motion, and Defendant reserves the right to oppose any such motion;
13  WHEREAS, the Initial Case Management Conference is currently set for Friday, May 6,
14  2011 at 8:30 a.m.
15  WHEREAS, the parties agree that it would be more efficient for them and the Court to
16  conduct a Case Management Conference after the anticipated amendment, and that Kerr &
17  Wagstaffe LLP will need a few weeks to finish meeting and conferring with Defendant's counsel
18  concerning the Case Management Conference topics as required under the rules and the Court's
19  standing order;
20  WHEREAS, the parties agree that, pursuant to Fed. R. Civ. Proc. 26(d)(1), neither party
21  will seek discovery from any source until the parties have met and conferred regarding the
22  allegations of Plaintiff's anticipated amendment.
23  THEREFORE, the Parties hereby submit this Stipulated Request for an Order Continuing
24  the Case Management Conference to June 17, 2011, or to another date or time thereafter and
25  convenient to the Court's calendar.  The Parties also request that the deadlines to meet and
26  confer in advance of the conference and to file a joint case management statement be continued
27  according to the date of the continued case management conference and the Court's Order
28  Setting Case Management Conference, dated March 8, 2011.

KERR
WAGSTAFFE
LLP

Case No. CV-11-0014 CRB

1

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

1    **IT IS SO STIPULATED**

2    DATED: April 21, 2010            **KERR & WAGSTAFFE LLP**

3                                     By _____/s/_____
4                                           MICHAEL NG

5                                     Attorneys for Plaintiffs
                                      MEGAN LABRADOR

6
7    DATED: April 21, 2010            **ARENT FOX LLP**

8                                     By _____/s/_____
9                                           HARRY I. JOHNSON

10                                    Attorneys for Defendant
                                      DIESEL U.S.A., INC.
11

12   PURSUANT TO STIPULATION, IT IS SO ORDERED.
13

14

15

16   Dated: __April 22, 2011_____         _____

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Case No. CV-11-0014 CRB                    2               STIPULATION AND [PROPOSED] ORDER TO
                                                           CONTINUE CASE MANAGEMENT CONFERENCE