1  MICHAEL VON LOEWENFELDT (SBN 178665)
   E-mail: mvl@kerrwagstaffe.com
2  MICHAEL NG (SBN 237915)
   E-mail: mng@kerrwagstaffe.com
3  CHERYL LEMA MACKEY (SBN 273029)
   E-mail: mackey@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
5  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  DANIEL L. FEDER (SBN 130867)
   E-mail: danfeder@pacbell.net
8  CLAIRE E. COCHRAN (SBN 222529)
   E-mail: clairec3661@gmail.com
9  **LAW OFFICES OF DANIEL FEDER**
   332 Pine Street, Suite 700
10 Street San Francisco, CA 94104
   Telephone: (415) 391-9476
11 Fax: (415) 391-9432

12 Attorneys for Plaintiff
   MEGAN LABRADOR
13
   HARRY I. JOHNSON, III (SBN200257)
14 PAUL A. RIGALI (262948)
   **ARENT FOX LLP**
15 555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
16 Telephone: (213) 629-7400
   Fax: (213) 629-7401
17 Email: Johnson.harry@arentfox.com

18 Attorneys for Defendant
   DIESEL U.S.A., INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEGAN LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIESEL U.S.A., INC., a New York Corporation<br><br>Defendant. | **CLASS ACTION**<br>Case No. CV 11-00014 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW AMENDMENT OF COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Charles R. Breyer**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Megan Labrador ("Plaintiff") and Defendant Diesel U.S.A., Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, this case was originally filed in California state court but removed to this Court on January 3, 2011;

WHEREAS, as reflected in the parties' stipulation filed April 21, 2011 (Docket No. 15), the parties agreed to continue the initial case management conference to allow newly retained counsel for Plaintiff and counsel for Defendant time to discuss potential amendment of Plaintiff's complaint, in part to address issues raised by Defendant during the initial meet and confer;

WHEREAS, the parties have completed those discussions and Defendant has agreed to allow Plaintiff to file an amended complaint in the attached form (Attachment A), without waiver of any rights to challenge said pleadings, or any defenses to the amended claims, including, but not limited to, relation back to claims asserted in Plaintiff's prior complaints;

WHEREAS, Plaintiff's new proposed complaint would reduce, from 14 to seven, the number of claims brought by her on her own behalf and on behalf of a proposed class, including elimination of her claim for any penalties brought pursuant to California Labor Code section 2699 (*i.e.*, the Private Attorney General Act, or "PAGA"); and

WHEREAS, counsel for Defendant now has a conflict for the date of the rescheduled Case Management Conference (June 17, 2011), and the parties have agreed to seek continuance of that conference given their progress on the foregoing, several other case management issues and discussions regarding potential mediation;

THEREFORE, the Parties hereby submit this stipulated request and respectfully request that the Court issue an order:

- Granting leave to Plaintiff to amend her complaint;
- Continuing the Case Management Conference currently set for June 17, 2011 to July 15, 2011 at 8:30 a.m., or to another date or time thereafter and convenient to the Court's calendar;

- Continue the deadline to file a joint case management statement according to the date of the continued case management conference and the Court's Order Setting Case Management Conference, dated March 8, 2011.

**IT IS SO STIPULATED**

DATED: June 2, 2011              **KERR & WAGSTAFFE LLP**

                                 By _____/s/_____
                                    MICHAEL NG

                                 Attorneys for Plaintiff
                                 MEGAN LABRADOR

DATED: June 2, 2011              **ARENT FOX LLP**

                                 By _____/s/_____
                                    HARRY I. JOHNSON

                                 Attorneys for Defendant
                                 DIESEL U.S.A., INC.

1   I, Michael Ng, am the ECF User whose ID and password are being used to file this
2   Stipulation and [Proposed] Order to Continue Case Management Conference.  In compliance
3   with General Order 45, X.B., I hereby attest that Harry I. Johnson, counsel for Defendant, has
4   concurred in this filing.

6   DATED: June 2, 2011                    **KERR & WAGSTAFFE LLP**

8                                          By  _____/s/_____
                                               MICHAEL NG

10                                         Attorneys for Plaintiff
                                           MEGAN LABRADOR

- 3 -

Case No. CV 11-00014 CRB              STIPULATION AND [PROPOSED] ORDER TO
                                      ALLOW AMENDMENT OF COMPLAINT AND CONTINUE CMC

**ORDER**

Having reviewed the stipulation submitted by the parties, and good cause appearing, the Court hereby orders the following:

- Plaintiff is granted leave to amend her complaint;
- The Initial Case Management Conference in this matter is reset for Friday, July 15, 2011 at 8:30 a.m. The deadline to file a joint case management statement according to the date of the continued case management conference and the Court's Order Setting Case Management Conference, dated March 8, 2011.

**IT IS SO ORDERED.**

**DATED:** June 3, 2011  _____
Charles R. Breyer
UNITED STATES DISTRICT JUDGE